IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **THOMAS BRADFORD**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Civil No. **07-124-CJP** |
| | ) |
| **OLIN CORPORATION,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

**PROUD, Magistrate Judge:**

The Court has been advised by the counsel for the parties that the above-captioned action has been settled.

**IT IS HEREBY ORDERED** that this action is dismissed without prejudice, without costs and with the right to reopen the action if settlement is not consummated within 60 days. The dismissal will automatically be with prejudice 60 days after the date of this Order, and final judgment will enter accordingly.

**IT IS SO ORDERED.**

**DATED: June 4, 2008**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**