IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | | |
|---|---|---|---|
| THOMAS BRADFORD, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| vs. | ) | No. | 07-124-CJP |
| | ) | | |
| OLIN RESOURCES, LLC, | ) | | |
| | ) | | |
| Defendant(s), | ) | | |
| | ) | | |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that pursuant an Order entered by United States Magistrate Judge Clifford J. Proud on June 5, 2008, the above-captioned action is **DISMISSED** with prejudice.

**Dated:** August 8, 2008

**Norbert G. Jaworski**

**By:** **S/Angela Vehlwald**
**Deputy Clerk**

**Approved:** **S/Clifford J. Proud**
**CLIFFORD J. PROD**
**UNITED STATES MAGISTRATE JUDGE**